■ JOHN F. R. WYSARD et al., Individually and on Behalf of the COMMITTEE FOR THE PRESERVATION OF ROUTE 394, Appellants, v NEW YORK STATE DEPARTMENT OF TRANSPORTATION, Respondent.—Judgment unanimously affirmed without costs for the reasons stated in the decision at Supreme Court, Ricotta, J. (Appeal from judgment of Supreme Court, Chautau-

qua County, Ricotta, J.—art 78.) Present—Callahan, J. P., Doerr, Boomer, Pine and Lawton, JJ.